In the Matter of RAE RANZAL, Appellant.
CLINTON TRUST COMPANY et al., Respondents.

(Argued May 31, 1932; decided June 14, 1932.)

*Meyer Kraushaar* and *Jesse Climenko* for appellant.
*Mark Hyman* for Clinton Trust Company, respondent.
*George S. Elpern, Arthur Ofner, Warren C. Fielding* and *Carl J. Austrian* for The Bank of United States, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.